UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Case No. 10-CR-186

DARRYL ROLLINS,

      Defendant.

## FINDINGS REGARDING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

On December 21, 2010, this Court granted defendant Rollins' motion to adjourn the trial date. Based upon Rollins' motion, and the representation that he agrees and waives his Speedy Trial rights, the Court hereby ORDERS:

1. The trial in the case is hereby re-set for March 21, 2011 at 9:00 A.M.;

2. Proposed voir dire questions and proposed jury instructions are due March 17, 2011; and

3. All time between December 21, 2010, and the above-described re-scheduled trial date is excludable under section 3161(h)(7)(A) of the Speedy Trial Act. Counsel has not had sufficient time, despite the reasonable exercise of due diligence, to review the discovery, investigate the matter, enter into meaningful negotiations with the government, and adequately prepare for trial. The new trial date will give counsel sufficient time to address all of these matters.

Dated this 3rd day of January, 2011.

*s/ Rudolph T. Randa*
HON. RUDOLPH T. RANDA
United States District Court Judge